

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEBORAH ANN JOHNSON,

    Plaintiff,

v.                              Civil Action No. 3:11cv346

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on July 26, 2012 (Docket No. 17), the PLAINTIFF'S OBJECTIONS TO UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 18), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION (Docket No. 19), and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

    (1) PLAINTIFF'S OBJECTIONS TO UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 18) are overruled;

    (2) The REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 17) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The plaintiff's MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, MOTION FOR REMAND (Docket No. 12 and 13) denied and the plaintiff's MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR REMAND (Docket No. 11) is denied as moot;

(4) The defendant's MOTION FOR SUMMARY JUDGMENT (Docket No. 15) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 17, 2012